ALBERT F. COYLE, Respondent, v. JOHN NICKERSON, Appellant, Impleaded, etc.— Order so far as appealed from reversed, with ten dollars costs and disburse-

ments, and motion denied, with ten dollars costs. No opinion. Present —
Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.